Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Roberta Luala Curtis, et al., <br><br> Defendant. | CASE NO. CIV.S-10-1053 FCD JFM <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ROBERTA LUALA CURTIS, individually and d/b/a TIERRA BUENA TAVERN |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ROBERTA LUALA CURTIS, individually and d/b/a TIERRA BUENA TAVERN, that the above-entitled action is hereby dismissed **without prejudice** against ROBERTA LUALA CURTIS, individually and d/b/a TIERRA BUENA TAVERN and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by February 15, 2011, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: November 4, 2010    *s/ Thomas P. Riley*
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                          By:  Thomas P. Riley
                                          Attorneys for Plaintiff
                                          J & J SPORTS PRODUCTIONS, INC.

Dated: November 9, 2010    *s/ Jack E. Kopp*
                                          **LAW OFFICES OF JACK E. KOPP**
                                          By: Jack E. Kopp
                                          Attorneys for Defendants
                                          Roberta Luala Curtis, individually and d/b/a
                                          Tierra Buena Tavern

**IT IS SO ORDERED**:

DATED:  November 10, 2010    _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE