UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

J & J SPORTS PRODUCTIONS, INC.

        Plaintiff,

  v.

ROBERTA LUALA CURTIS, et al.,

        Defendants.

NO. CIV. S-10-1053 FCD/JFM

MEMORANDUM AND ORDER

----oo0oo----

This matter is before the court on plaintiff J & J Sports Productions, Inc.'s ("plaintiff") motion to set aside the dismissal of the case and reopen the action, scheduling the matter again for trial.[1]  Previously, the parties filed a Stipulation of Dismissal based on their private settlement of the action. (Docket #11.)  Plaintiff brings the instant motion on the ground that defendant Roberta Luala Curtis, individually and d/b/a Tierra Buena Tavern ("defendant"), has failed to comply

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1

1 with the terms of the parties' settlement, including the failure
2 to pay a certain sum of money on or before January 15, 2011.
3 Defendant did not respond to the motion, and the court construes
4 the failure to respond as a non-opposition to the motion.  E.D.
5 Cal. L.R. 230(c).
6      As such, the court GRANTS plaintiff's motion.  The case is
7 HEREBY reopened.  The parties are directed to file a joint
8 pretrial scheduling conference statement on or before April 15,
9 2011.  The court will thereafter issue a scheduling order.
10      IT IS SO ORDERED.
11  DATED: March 21, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE